People of the State of Illinois, Defendant in Error, v. Chester Davis, Plaintiff in Error.

Gen. No. 50,080.

First District, Second Division.

May 25, 1965.

Ronald E. Stackler, of Chicago, for plaintiff in error; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Paul A. O'Malley, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE LYONS. Not to be published in full.